# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-2112

———————————————

Wakesha Jones

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Garrett Hill, Judge.

May 29, 2026

Per Curiam.

Affirmed.

Rowe, Ray, and Nordby, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.